IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RICK D. LANGE, Chapter 7 Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3035 |
| | ) | |
| V. | ) | |
| | ) | |
| PROCTOR & GAMBLE | ) | ORDER |
| PHARMACEUTICALS, Inc., an | ) | |
| Ohio Corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that:

(1) The plaintiff's unopposed motion to continue deadline (filing 19) is granted.

(2) **By January 6, 2012,** the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(3) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(4) This case is removed from the court's trial docket upon representation by the parties that the case has settled.

Dated November 1, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge